STATE OF LOUISIANA ** PARISH OF OUACHITA

FOURTH JUDICIAL DISTRICT COURT

RAVEN ROWLAND, NATURAL TUTRIX OF     FILED: _____ JUN 17 2013
THE MINOR CHILD, BENJAMIN DAVIS, JR.

VERSUS NO. __13-1889__                 KATHY STEWART

AMERICAN MEDICAL RESPONSE, INC.       Deputy Clerk of Court

## PETITION FOR DAMAGES

The Petition of **RAVEN ROWLAND**, natural tutrix of the minor child, **BENJAMIN DAVIS, JR.**, a major resident and domiciliary of Monroe, Ouachita Parish, State of Louisiana, respectfully represents:

I.

Made Defendant herein is **AMERICAN MEDICAL RESPONSE, INC.**, a business corporation authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, Corporation Service Company, located at 320 Somerulos Street, Baton Rouge, Louisiana 7802.

II.

On June 18, 2012, Benjamin Davis, Sr., was spending the evening at his residence, bearing the address of 75 Roy Drive, Monroe, Louisiana, along with his minor son, Benjamin Davis, Jr., and the child's mother, Raven Rowland.

II.

Petitioner is the natural mother and tutrix of the minor child of Mr. Davis and as such, she is the proper person to bring this action on the child's behalf.

III.

Mr. Davis had been feeling ill for a number of days. During the early morning hours of June 18th, Mr. Davis desired to go to the bathroom but he was so weak he called to Ms. Rowland for assistance as he was unable to walk from the bedroom to the bathroom without assistance.

Watson, McMillin & Harrison, L.L.P.
1881 Hudson Circle (71201)
Post Office Box 14415
Monroe, LA 71207-4415
Ph: (318) 322-9700/Fax: (318) 324-0809

CASE ASSIGNED TO: CV. SECT. 3

EXHIBIT 1

IV.

Ms. Rowland was attempting to assist Mr. Davis when he suddenly became non-responsive, stopped breathing, and lost his pulse. Ms. Rowland administered CPR and Mr. Davis regained consciousness and was able to communicate with her. Understanding his dyer circumstances and that he needed immediate emergency care, Ms. Rowland called for an ambulance and also sought the assistance of a neighbor to assist her with their infant child.

V.

Emergency technicians employed by American Medical Response arrived on the scene and were informed by Ms. Rowland of Mr. Davis' serious condition and specifically informed them that he had already lost consciousness and stopped breathing at one point and she urgently pled with the Emergency Medical Technicians to transport Mr. Davis to the nearest healthcare facility for emergency care.

VI.

However, the defendant's employees, primarily Ms. Jackie Berry, questioned both Ms. Rowland and Mr. Davis as to whether he really wanted to go to the hospital as she did not believe his condition to be serious. Ms. Rowland and Mr. Davis confirmed that indeed he wished to be transported to the nearest hospital as quickly as possible but even then, the Defendant's employees continued questioning Ms. Rowland as to which hospital she wished for Mr. Davis to be transported, his insurance status and other issues which delayed the administration of appropriate emergency care.

VII.

Recognizing Mr. Davis' dire circumstances, Ms. Rowland asked that he be transported to the closest emergency room facility which was St. Francis Medical Center, less than two (2) miles from her residence.

VIII.

The Defendant's employees attempted to have Mr. Davis walk to the ambulance, which he was unable to do. Then, they had significant difficulty and delays in placing

Watson, McMillin & Harrison, L.L.P.
1881 Hudson Circle (71201)
Post Office Box 14415
Monroe, LA 71207-4415
Ph: (318) 322-9700/Fax: (318) 324-0809

Page 2 of 4

him on a gurney for transport to the ambulance vehicle.

IX.

Ultimately, though the Defendant's employees did get Mr. Davis to the ambulance, Mr. Davis went into cardiac arrest while in transit and was later pronounced dead at the hospital.

X.

Petitioner avers that as indicated by the foregoing, the Defendant is responsible for the damages occasioned in this matter for the failure of its employees to provide appropriate and timely care to Mr. Davis given his emergency condition which, Petitioner avers, had he received such appropriate and timely emergency life saving measures would have given him a better chance of survival and, likely, avoided his untimely death.

XI.

Petitioner itemizes her damages suffered as follows:

A. Wrongful death of Benjamin Davis, Sr. and alternatively, lost opportunity of survival suffered by Mr. Davis;

B. Pain and suffering of Mr. Davis;

C. Emotional distress and loss of quality of life suffered by Mr. Davis;

D. Medical expenses due to additional medical care needed by Mr. Davis following the injury; and,

F. Loss of consortium and support claim of the minor child, Benjamin Davis, Jr., together with his claim for severe emotional distress, loss of quality of life, and such other acts as will be proven at the trial of this matter.

**WHEREFORE PLAINTIFF, RAVEN ROWLAND, NATURAL TUTRIX OF THE MINOR CHILD, BENJAMIN DAVIS, JR., PRAYS** for judgment herein in her favor and against the Defendant in such amounts as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all cost of these proceedings; and,

Watson, McMillin & Harrison, L.L.P.
1881 Hudson Circle (71201)
Post Office Box 14415
Monroe, LA 71207-4415
Ph: (318) 322-9700/Fax: (318) 324-0809
Page 3 of 4

**FURTHER PRAYS** for all general and equitable relief afforded by law.

          Respectfully submitted,

          WATSON, MCMILLIN & HARRISON, L.L.P.
          Attorneys at Law
          1881 Hudson Circle North (71201)
          Post Office Box 14415
          Monroe, Louisiana 71207-4415
          Ph: (318) 322-9700/Fax: (318) 324-0809

          David C. McMillin, Bar No. 19056
          Attorneys for Raven Rowland, natural tutrix
          of the minor child, Benjamin Davis, Jr.

**PLEASE SERVE:**
Corporation Service Company
320 Somerulous Street
Baton Rouge, LA 70802-6129

Watson, McMillin & Harrison, L.L.P.
1881 Hudson Circle (71201)
Post Office Box 14415
Monroe, LA 71207-4415
Ph: (318) 322-9700/Fax: (318) 324-0809
Page 4 of 4

CERTIFIED TRUE COPY
JUN 17 2013
DEPUTY CLERK OF COURT
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA