U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 27 2014

TONY R. ~~~~ CLERK
BY ~~~~~~
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RAVEN ROWLAND | CIVIL ACTION NO. 13-2313 |
| versus | JUDGE WALTER |
| AMERICAN MEDICAL RESPONSE, INC. | MAGISTRATE JUDGE KIRK |

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

THUS DONE and SIGNED at Shreveport, Louisiana, this 27th day of October, 2014.

/s/ Donald E. Walter
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE