UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| RAVEN ROWLAND, NATURAL TUTRIX OF THE MINOR CHILD, BENJAMIN DAVIS, JR. | * * * * | CIVIL ACTION |
| | | NO.   13-02313 |
| VERSUS | * * | JUDGE DONALD E. WALTER |
| AMERICAN MEDICAL RESPONSE, INC. | * * * | MAGISTRATE JAMES D. KIRK |
| | * | JURY DEMAND |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR JUDGMENT OF DISMISSAL WITH  PREJUDICE

NOW  INTO  COURT, through  undersigned  counsel,  comes  plaintiff, **Raven Rowland,** and defendant, **American Medical Response, Inc.,** who, upon suggesting to the Court that all claims in this action have been compromised to the satisfaction of all of the parties, move this Court to enter a Judgment of Dismissal with Prejudice of all claims, at defendant's costs.

Respectfully submitted:

_____
DAVID C. MCMILLIN (#19053)
Watson, McMillin & Harrison, L.L.P.
1881 Hudson Circle North
Post Office Box 14415
Monroe, LA 71207-4415
Telephone:  (318) 322-9700
Facsimile:  (318) 324-0809
COUNSEL FOR PLAINTIFF

_____
PAUL J. POLITZ (#19741)
GINA TALLUTO CURSAIN (#23326)
Taylor, Wellons, Politz & Duhe, APLC
1515 Poydras Street, Suite 1900
New Orleans, LA  70112
Telephone:  (504) 525-9888
Facsimile:  (504) 525-9899
COUNSEL FOR DEFENDANT