

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| RAVEN ROWLAND, NATURAL TUTRIX OF THE MINOR CHILD, BENJAMIN DAVIS, JR. | * * * * | CIVIL ACTION NO. 13-02313 |
| VERSUS | * * | JUDGE DONALD E. WALTER |
| AMERICAN MEDICAL RESPONSE, INC. | * * * | MAGISTRATE JAMES D. KIRK JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING MOTION;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and demands asserted in the above entitled and captioned matter be and are hereby dismissed, with full prejudice.

THUS DONE AND SIGNED this 23rd day of January, 2015,

JAMES D. KIRK
United States Magistrate Judge